FILED
APR 06 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
APR 06 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 756  MAGISTRATE JUDGE SHEILA M. FINNEGAN |
| v. | ) | |
| | ) | Violations: Title 18, United States Code, Sections 1591(a) and (b)(1), 1594(c) |
| SAMUEL NICHOLS, a/k/a "Buck," and CHARLES FEARS, a/k/a "Kash" | ) ) | |
| | ) | |
| | ) | **Superseding Indictment** |
| | ) | |

JUDGE KENDALL

MAGISTRATE JUDGE BROWN

## COUNT ONE

The SPECIAL SEPTEMBER 2014 GRAND JURY charges:

Beginning no later than in or about 2012 and continuing until in or about 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck," and
CHARLES FEARS, a/k/a/ "Kash,"

defendants herein, conspired with each other and others known and unknown to the Grand Jury, in and affecting interstate commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and to benefit financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and (2) the person had not attained the age of 18

years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and 2;

In violation of Title 18, United States Code, Section 1594(c).

Case: 1:15-cr-00756 Document #: 51 Filed: 04/06/16 Page 2 of 9 PageID #:205

## COUNT TWO

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about 2012, and continuing until in or about October 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck," and
CHARLES FEARS, a/k/a/ "Kash,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual C, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual C, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Individual C to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

3

## COUNT THREE

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about 2012 and continuing until in or about 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck," and
CHARLES FEARS, a/k/a/ "Kash,"

defendants herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual A, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual A, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Individual A to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT FOUR

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about July 2014 and continuing until in or about September 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor A, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Minor A, knowing and in reckless disregard of the fact that (1) that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Minor A to engage in a commercial sex act, and (2) Minor A had not attained the age of 18 years and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT FIVE

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about 2012 and continuing until in or about 2013, in Northern District of Illinois, Eastern Division, and elsewhere,

CHARLES FEARS, a/k/a "Kash,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor B, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Minor B, knowing and in reckless disregard of the fact that (1) that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Minor B to engage in a commercial sex act, and (2) Minor B had not attained the age of 18 years and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT SIX

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about 2012 and continuing until in or about 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck," and
CHARLES FEARS, a/k/a/ "Kash,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual D, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual D, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Individual D to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT SEVEN

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about 2009 and continuing until in or about 2010, in Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual J, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual J, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Individual J to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT EIGHT

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

Beginning no later than in or about 2012 and continuing until in or about 2013, in Northern District of Illinois, Eastern Division, and elsewhere,

SAMUEL NICHOLS, a/k/a "Buck,"

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means a person, namely, Individual J, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means Individual J, knowing and in reckless disregard of the fact that means of force, threats of force, and coercion, and any combination of such means, would be used to cause Individual J to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY